JANUARY 16, 2006

No. 05–8659 (05A647). IN RE ALLEN. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 05–8639 (05A639). ALLEN v. ORNOSKI, ACTING WARDEN. Sup. Ct. Cal. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied.

JUSTICE BREYER, dissenting.

Petitioner is 76 years old, is blind, suffers from diabetes, is confined to a wheelchair, and has been on death row for 23 years. I believe that in the circumstances he raises a significant question as to whether his execution would constitute "cruel and unusual punishmen[t]." U. S. Const., Amdt. 8. See *Knight* v. *Florida,* 528 U. S. 990, 993 (1999) (BREYER, J., dissenting from denial of certiorari); *Elledge* v. *Florida,* 525 U. S. 944 (1998) (same); *Lackey* v. *Texas,* 514 U. S. 1045 (1995) (STEVENS, J., respecting denial of certiorari). I would grant the application for stay of execution.

No. 05–8658 (05A646). ALLEN v. ORNOSKI, ACTING WARDEN, ET AL. C. A. 9th Cir. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied.

JANUARY 17, 2006

No. 05–5041. ENGLAND v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the State's acknowledgment that the Texas Court of Criminal Appeals denied petitioner's motion for rehearing on April 27, 2001.